UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-13-FL

BRIDGET TURNER )
)
      Plaintiff, )
)
)
v. )
)
CAROLINA SURGICAL SYSTEMS, INC. )
)
      Defendant. )

**ORDER GRANTING MOTION TO REMAND**

Now before the Court is Plaintiff's Motion to Remand, consented to by Defendant, seeking remand of this matter back to the Superior Court of Wake County, North Carolina. This action was originally filed in the Superior Court of Wake County, North Carolina, and Defendant is a North Carolina corporation. Therefore, remand is proper pursuant to 28 U.S.C. § 1441(b).

For good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED, and this matter shall be remanded to the Superior Court of Wake County, North Carolina.

SO ORDERED, this the 15 day of February, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Court Judge