UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRIDGET TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:11-CV-13-FL |
| ) | |
| CAROLINA SURGICAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's unopposed motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 15, 2011, that plaintiff's motion to remand is granted, and this matter is remanded to the Superior Court of Wake County, North Carolina pursuant to 28 U.S.C. § 1441(b).

**This Judgment Filed and Entered on February 16, 2011, and Copies To:**

Lisa Grafstein (via CM/ECF Notice of Electronic Filing)
Robin Adams Anderson (via CM/ECF Notice of Electronic Filing)
Douglas M. Jarrell (via CM/ECF Notice of Electronic Filing)
The Honorable Lorrin Freeman, Wake County Clerk of Superior Court
    (via U.S. mail) PO Box 351, Raleigh, NC 27602-0351

February 16, 2011                DENNIS P. IAVARONE, CLERK
                                   /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk